822

No. 82–1964. CONIGLIO *v.* WARDEN, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. 

No. 82–1965. WYNSHAW *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 82–1966. SIMUTIS, INDIVIDUALLY, AND AS CONSUL GENERAL OF REPUBLIC OF LITHUANIA AT NEW YORK, NEW YORK *v.* DANIUNAS ET AL. C. A. 2d Cir. Certiorari denied. 

No. 82–1967. ZIRPOLO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 82–1968. ARKLA, INC., FORMERLY ARKANSAS LOUISIANA GAS CO. *v.* HALL ET AL. C. A. 5th Cir. Certiorari denied. ██

No. 82–1969. KLAMATH-LAKE PHARMACEUTICAL ASSN. *v.* KLAMATH MEDICAL SERVICE BUREAU ET AL. C. A. 9th Cir. Certiorari denied. 

No. 82–1972. HOCHANADEL *v.* DETCO TRAILER, INC., ET AL. Ct. App. Kan. Certiorari denied. 

No. 82–1973. BRISTER ET AL. *v.* PARISH OF JEFFERSON, LOUISIANA, ET AL. Ct. App. La., 5th Cir. Certiorari denied. ██

No. 82–1978. SIMPSON *v.* PENNSYLVANIA ET AL. Pa. Commw. Ct. Certiorari denied. 

No. 82–1979. WOODSIDE *v.* POSTMASTER GENERAL OF THE UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 82–1980. SMITH *v.* HARMSEN ET AL.; and
No. 82–1982. SHANNON ET AL. *v.* HARMSEN ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 693 F. 2d 932.

No. 82–1981. MONTEMAYOR ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 82–1985. COSOFF ET AL. *v.* RODMAN, AS TRUSTEE OF W. T. GRANT CO., BANKRUPT, ET AL. C. A. 2d Cir. Certiorari denied.